Bruce W. Akerly, Esq.
Texas Bar No. 00953200
brucea@bellnunnally.com
BELL NUNNALLY & MARTIN LLP
1400 One McKinney Plaza
3232 McKinney Avenue
Dallas, Texas  75204-2429
(214) 740-1430 Telephone
(214) 740-1421 Facsimile

SPECIAL COUNSEL TO
JEFFREY H. MIMS, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 06-31859-SGJ-7 |
| JAMES H. MOORE, III, | § | (Chapter 7) |
| | § | |
| Debtor. | § | |

**TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENT
AGREEMENTS PURSUANT TO BANKRUPTCY RULE OF PROCEDURE 9019**

**A HEARING MAY NOT BE CONDUCTED HEREON UNLESS A RESPONSE IS FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT AT 1100 COMMERCE STREET, ROOM 12A24, DALLAS, TEXAS 75243 BEFORE THE CLOSE OF BUSINESS ON FEBRUARY 18, 2008, WHICH IS TWENTY (23) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED AND A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY AND THOSE PERSONS LISTED ON THE CASE SERVICE LIST.**

**IF NO HEARING ON SUCH NOTICE OR MOTION INITIATING A CONTESTED MATTER IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

JEFFREY H. MIMS, the duly appointed chapter 7 Trustee in the above styled and referenced case ("**Mims Trustee**"), files this *Motion for Order Approving Settlement Agreements Pursuant to Bankruptcy Rule 9019*, as follows:

## Background

1. On or about April 5, 2005, The Cadle Company ("**Cadle**"), a creditor of Debtor, filed suit against Defendants James H. Moore, III, Elizabeth Moore, JHM Properties, Inc. and Brunswick Homes, LLC, in Cause No. 05-03271-G, *The Cadle Company v. Brunswick Homes, LLC, et al.*, in the 134th Judicial District Court, Dallas County, Texas (the "**State Court Lawsuit**").

2. On May 2, 2006, Defendant James H. Moore, III, filed a voluntary chapter 7 bankruptcy case, as styled and referenced above (the "**Case**"). Mims Trustee is the duly appointed chapter 7 Trustee in the Case.

3. On July 5, 2006, Cadle removed the State Court Lawsuit to this Court and the action was assigned the above referenced adversary number (the "**Adversary Action**").

4. On December 7, 2007, Mims Trustee was substituted in as Plaintiff in the Adversary Action.

5. In the Adversary Action, Mims Trustee asserts several causes of action against Defendants based on reverse alter ego, fraudulent conveyance, and constructive fraud. Defendants filed answers in the Adversary Action and Defendant Brunswick Homes, LLC filed a cross-claim for indemnity against Defendant James H. Moore, III. No counterclaims were filed in the Adversary Action. Defendants denied any and all liability to Mims Trustee.

6.  On November 15, 2007, the Court entered its *Memorandum Opinion and Order Denying Brunswick Homes, LLC's Motion for Summary Judgment* (the "**Memorandum Opinion**") in which considered Mims Trustee's claims against Brunswick based on reverse corporate veil piercing, fraud, constructive trust, as well as certain defenses asserted by Brunswick in the Adversary Action.

## Jurisdiction

7.  This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O). Venue is proper pursuant to 28 U.S.C. § 1408 and 1409.

## Request for Relief/Summary of Settlement

8.  The parties have agreed, subject to this Court's approval, to resolve certain of the disputes by and among them substantially as follows:

    a.  Defendants James H. Moore, III, Elizabeth A. Moore, and JHM Properties, Inc. will pay the estate the sum of $35,000 cash or cash equivalent to fully and finally resolve all issues raised in the Adversary Action.; and

    b.  Defendant Brunswick Homes, LLC will pay the estate the sum of $2,500 cash or cash equivalent to fully and finally resolve all issues raised in the Adversary Action; and

    c.  the foregoing payments must be made within ten (10) days of entry of the Order approving the settlement; and

    d.  upon receipt of good funds pursuant to the settlement, the Adversary Action will be dismissed with prejudice and the Defendants released from

     any and all liability to the bankruptcy estate for the causes of action alleged in the Adversary Action.

Copies of the Settlement Agreements (the "**Settlement Agreements**") reached with (1) Defendants James H. Moore, III, Elizabeth A. Moore, and JHM Properties, Inc. and (2) Defendant Brunswick Homes, LLC, are attached hereto as **Exhibits "1" and "2"** respectively as if fully set forth.

  9.  Bankruptcy Rule 9019 governs approval of compromises and settlements. In deciding whether to approve a settlement, the Court should consider: (a) the probability of success in litigation, with due consideration for uncertainty in fact and law; (b) the complexity of and likely duration of the litigation and any attendant expense, inconvenience, and delay; and (c) all other factors bearing on the wisdom of the compromise. *See In re Cajun Elec. Power Coop., Inc.*, 119 F.3d 349, 356 (5th Cir. 1997); *In re Jackson Brewing Company*, 624 F.2d 605, 607 (5th Cir. 1980), *citing*, *Protection Comm. For Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414, 424-25 (1968).

  10.  The proposed settlement meets the criteria set forth above. Mims Trustee believes that the Settlement Agreements enable Mims Trustee to avoid costs, expense, and delay attendant to resolving the various causes of action asserted against Defendants, particularly in light of the Memorandum Opinion. The Settlement Agreements are fair and reasonable under the circumstances, particularly given the novel issues of law involving reverse alter ego and the complexity of establishing such causes of action, in light of discovery conducted in the Adversary Action. In speaking with counsel for Defendants, they made it abundantly clear that, in the event the Court ruled against them, appeals would be likely, thereby tying up the litigation for many months if not years to come. Defendants also provided Mims Trustee with certain

financial information which, upon review, Mims Trustee believes presents the possibility that, even should the estate prevail on the relief requested, recovery may be difficult if not impossible to achieve. Mims Trustee further believes that the estate will incur substantial legal fees and other costs attendant to the trial of the Adversary Action and subsequent appeals which will present a burden on the estate in that recovery of such fees and costs by counsel, if approved by the Court, would likely diminish any reasonable distribution to the creditors. The settlements are the result of lengthy negotiations and arms length bargaining and are not the product of fraud or collusion. In sum, the settlements proposed are in the best interests of the creditor of the Debtor, the bankruptcy estate, creditors and parties-in-interest.

WHEREFORE, Mims Trustee requests that the Court enter an Order approving the Settlement Agreements, grant the relief requested herein, and/or grant such other relief to which he may be entitled under the circumstances.

Dated: January 24, 2008.

Respectfully submitted,

BELL NUNNALLY & MARTIN LLP

By: /s/ Bruce W. Akerly
_____
Bruce W. Akerly
Texas Bar No. 00953200
Jeffrey S. Lowenstein
Texas Bar No. 24007574

1400 One McKinney Plaza
3232 McKinney Avenue
Dallas, Texas 75204-2429
Tel: (214) 740-1430
Fax: (214) 740-1421

SPECIAL LITIGATION ATTORNEYS FOR
JEFFREY H. MIMS, CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was served by electronic submission and/or first class mail, postage prepaid, unless otherwise noted, on the following persons, as well as those listed on the attached Service List, on this 24th day of January, 2008:

David M. Pyke, Esq.
Pyke & Associates, PC
12655 North Central Expressway
Suite 700, Building III
Dallas, Texas 75206

Mr. John T. Palter, Esq.
Riney Palter, PLLC
5949 Sherry Lane, Suite 1616
Dallas, TX 75225-8009

Jeffrey H. Mims, Trustee
3102 Oak Lawn Avenue, Suite 700
The Centrum
Dallas, Texas 75219

/s/ Bruce W. Akerly
_____
Bruce W. Akerly

396185_1.DOC

**Service List**
**In re: James H. Moore, III**
**Case No. 06-31859 SGJ7**

| | | |
|---|---|---|
| **Debtor:**<br><br>James H. Moore III<br>5432 Bent Tree Drive<br>Dallas, TX 75248<br><br>**Trustee**<br><br>Jeffrey H. Mims<br>3102 Oak Lawn Ave., Suite 700<br>Dallas, TX 75219 | **Debtor's Attorney**<br><br>William Chris Wolffarth<br>Johnson & Wolffarth<br>500 N. Akard St., Suite 2980<br>Dallas, TX 75201-6633<br><br>U.S. Bankruptcy Court<br>1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242 | Bruce W. Akerly, Esq.<br>Bell Nunnally & Martin LLP<br>3232 McKinney Ave., Ste. 1400<br>Dallas, TX 75204-2429<br><br>Advanta Bank Corp<br>P.O. Box 8088<br>Philadelphia, PA 19101-8088 |
| American Express<br>Customer Service<br>P.O. Box 297807<br>Ft. Lauderdale, FL 33329-7807 | American Express<br>P.O. Box 30382<br>Salt Lake City, Utah 84130 | American Express<br>P.O. Box 650448<br>Dallas, Texas 75265-0448 |
| American First Insurance<br>P.O. Box 85844<br>San Diego, CA 92186-5844 | Arrowhead at Vail<br>CO Dorsey & Whitney, LLP<br>Republic Plaza Bldg., No. 4700<br>370 17th Street<br>Denver, CO 80202 | Brunswick Homes LLC<br>4949 Westgrove No. 200<br>Dallas, TX 75248 |
| Brunswick Homes, LLC<br>c/o John T. Palter and Kimberly M.J. Sims<br>RINEY PALTER, PLLC<br>5949 Sherry Lane, Suite 1616<br>Dallas, Texas 75225-8009 | Caterpillar Financial Services Corp.<br>Attention: Mary Jane Cassidy<br>P.O. Box 340001<br>Nashville, TN 37203-0001 | Citi Cards<br>P.O. Box 6415<br>The Lakes, NV 88901-6415 |
| Continental Equipment Company<br>CO DSY Recovery Services, LLC<br>8528 Davis Blvd., No. 134-320<br>North Richland Hills, TX 76180 | Dilts & Law<br>13355 Noel Road<br>Dallas, Texas 75242 | Fidelity Mutual<br>1835 Market Street<br>Philadelphia PA 19103 |
| First National Bank of Bridgeport<br>CO Durant F. Clements<br>P.O. Box 39<br>Bridgeport, TX 76426 | Four Seasons Equipment, Inc.<br>4120 Cedar Lake Drive<br>Dallas, Texas 75227 | Gibraltar Savings<br>1309 Newport Avenue<br>Dallas, Texas 75224 |
| Hoss Equipment Company<br>Attention: Tonya Demirjian<br>3131 North Highway 161<br>Irving, Texas 75062 | Inmans Corporation<br>407 North Cedar Ridge Drive<br>Dallas, Texas 75116 | JHM Properties, Inc.<br>5432 Bent Tree Drive<br>Dallas, Texas 75248 |

**TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENTS**
**PURSUANT TO BANKRUPTCY RULE OF PROCEDURE 9019 - Page 8**

| | | |
|---|---|---|
| John Deere<br>6400 NW 86th Street<br>P.O. Box 6600<br>Johnston, IA  50131-6600 | Kelsoe Oil Company<br>P.O. Drawer R<br>Denton, Texas  76202 | Land American Title<br>6059 Sherry Lane<br>Dallas, Texas  75225 |
| Lone Star Crushed Stone<br>7238 Dogwood Creek Lane<br>Dallas, Texas 75252 | Lyons Mortgage<br>440 East Ogden<br>Hinsdale, Illinois 60521 | Michael Hurst<br>4343 Raeford<br>Dallas, Texas  75240 |
| Mid-Continent Casualty Company<br>P.O. Box 1409<br>Tulsa, Oklahoma  74101 C1409 | National Stonehenge Corporation<br>8215 Roswell Road, Building 600<br>Atlanta, GA  30350 | National Waterworks, Inc.<br>4333 Irving Boulevard<br>Dallas, Texas 75247 |
| PMI Mortgage Insurance Co.<br>Attention:  Lynnette Murillo<br>601 Montgomery Street<br>San Francisco, CA  94111 | PMI Mortgage Insurance Company<br>CO Michael Luchetta C Hall & Evans<br>1200 17th St., Suite 1700<br>Denver, CO  80202 C5800 | Park Forest National Bank<br>11907 Greenville Avenue<br>Dallas, Texas  75243 |
| PowerPlan<br>FPC Financial f.a.b.<br>P.O. Box 5328<br>Madison, WI  53705 C0328 | PowerPlan 013<br>21310 Network Place<br>Chicago, Illinois 60673 | RDO Equipment<br>2330 East Airport Freeway<br>Irving, Texas 75062 |
| RDO Equipment Co.<br>P.O. Box 7160<br>700 South 7th Street<br>Fargo, ND  58106 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA  19114-0326 | Texas Comptroller of Public Accounts<br>Revenue Accounting Div –<br>Bankruptcy Section<br>P.O. Box 13528<br>Austin, TX  78711-3528 |
| State of Texas<br>CO Attorney Generals Office<br>P.O. Box 12548<br>Austin, Texas  78711 C2548 | Stonehenge FASA – Texas JDC<br>P.O. Box 81622<br>Atlanta, GA  30366 C1107 | Sun Coast Resources, Inc.<br>CO Andreea Nicolae – Harrell Pailet<br>5454 LaSierra Dr., Suite 100<br>Dallas, TX  75231 |
| Superior Bank<br>One Lincoln Center<br>Oakbrook Terrace, Illinois 60181 | Texas Workforce Commission<br>TEC Bldg – Bankruptcy<br>101 E 15th St.<br>Austin, TX  78778 | The CIT Group – Equipment Financing<br>Attn:  Tiffany Staten<br>P.O. Box 27248<br>Tempe, Arizona  85285 C7248 |
| Tidmore Auto Parts<br>2800 West Erwin<br>Tyler, Texas  75702 | United States Trustee<br>1100 Commerce Street, Room 954<br>Dallas, TX  75242 | UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX  75242-1496 |

| | | |
|---|---|---|
| United Bank of Denver<br>26th Quebec<br>Denver, CO 80207 | WMFMT Real Estate LP<br>Larry Lesh at Locke Liddell<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX 75201 | The Cadle Company<br>100 North Center Street<br>Newton Falls, OH 44444 |
| Randall K. Lindley<br>Bell Nunnally & Martin LLP<br>3232 McKinney Ave., Ste. 1400<br>Dallas, TX 75204-2429 | Alan S. Trust, Esq.<br>Trust.Law.Firm, P.C.<br>1201 Elm Street, Suite 5270<br>Dallas, Texas 75270 | |